# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 9, 2021

## NO. 03-21-00263-CV

**Author Manning The II and The Graphic Knights, Appellants**

**v.**

**Sony and Sony Playstation, Appellee**

---

**APPEAL FROM JUSTICE COURT PRECINCT 3 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
DISMISSED FOR WANT OF JURISDICTION --
OPINION BY CHIEF JUSTICE BYRNE**

---

This is an appeal from the judgment signed by the trial court on June 8, 2021. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.